UNITED STATES DISTRICT COURTS

DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE
2026 OCT 16 P 1:02
U.S. DISTRICT COURT
DISTRICT OF MASS.

Michael Wood

Vs

Tashanna Golden, Jasmine Mcclanahan, Eric Komitee,
Cheree Buggs, Joseph Nocella, Jr., Andrew G. Ceresia
Jamie McDonald, Lawrence Knippel, Eric Gonzalez, Teresa L. Riley
Brian C. Doyle, Rowan Wilson, Arlene Bluth
Kevin McClanahan,Markwayne Mullin, Alvin Bragg
Peter H. Moulton, Vanessa Fang, Taa Grays
Sergio Jimenez, Margo Brodie, Robert H. Tembeckjian
Carmen Pacheco, Joy Campanelli, Elizabeth A. Garry, Gina Abadi,
Eric Dikeman, Dakota Ramseur, Dianne Renwick, John P. Burns
Brian Gotlieb, Molly Reynolds Fitzgerald, Dawn Hill-Kearse, Wavny Toussaint
Hector Lassale, Genine Edwards, Carol Crawford, Joseph B. Edlow, Whitney Clark
Tanya Faye, Marina Cora Mundy, John Siemietkowski, Suzanne Adams, Jessica Tisch,
Eddie J. McShan, David J. Venturella, Paul A. Suttell, Judy Kim, Keshia Espinal, Christina L. Ryba

Defendant(s)' informal relationships with individuals need discipline.

Michael Wood